UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL MARIE EGE,

       Petitioner,

                                     Case No. 11-10573

v.

                                       Hon. John Corbett O'Meara

MILLICENT WARREN,                Hon. Paul J. Komives

       Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Paul J. Komives's report and recommendation, filed November 30, 2012. Magistrate Judge Komives recommends that the court deny petitioner's application for writ of habeas corpus and a certificate of appealability. Petitioner filed objections to the report and recommendation on December 20, 2012.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id. Having thoroughly reviewed the papers, the court finds that the magistrate judge correctly concluded that the petition, as well as a certificate of appealability, should be denied.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Komives's November 30, 2012 report and recommendation is ADOPTED, and petitioner's objections to the report and recommendation are OVERRULED.

IT IS FURTHER ORDERED that petitioner's application for writ of habeas corpus is

DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.


s/John Corbett O'Meara
United States District Judge

Date: January 18, 2013


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 18, 2013, using the ECF system and/or ordinary mail.


s/William Barkholz
Case Manager